# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LAURA BROWN,
an individual,

    Plaintiff,                                 Case No. 05-CV-70988-DT

v.                                                   Hon. Patrick J. Duggan

AMERICAN AXLE & MANUFACTURING, INC.,
*a Foreign Corporation*,

    Defendant.

---

| **NACHT & ASSOCIATES, P.C.** | **DRIGGERS, SCHULTZ & HERBST, P.C.** |
|---|---|
| **DAVID A. NACHT (P47034)** | **WILLIAM C. SCHAEFER (P26495)** |
| **ANGELA L. WALKER (P67625)** | **ELIZABETH M. MALONE (P36083)** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 101 N. Main Street, Suite 555 | 2600 W. Big Beaver Road, Ste. 550 |
| Ann Arbor, MI 48104 | Troy, MI 48084 |
| (734) 663-7550 | (248) 649-6000 |

---

## ORDER REGARDING CONFIDENTIAL DOCUMENTS

At a session of said Court, held in the United States
District Court Eastern District of Michigan,
Southern Division in Detroit, Michigan
on: October 7, 2005.

PRESENT: THE HON. PATRICK J. DUGGAN

Upon consideration of the parties' stipulation and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Medical records of Plaintiff, other than Plaintiff's plant medical file with

American Axle & Manufacturing, Inc., financial information, discovery responses regarding such information and deposition testimony regarding such information shall be treated as confidential.

2. Confidential records and information described above will be used only in the context of this lawsuit.

3. Confidential records and information described above will be returned to Plaintiff after the lawsuit ends.

4. Confidential records and information described above will not be disclosed by Defendant to third parties outside of this lawsuit, with the exception of expert witnesses, independent medical/psychiatric examiners, and other such consultants.

5. Confidential records and information described above will be subject to Local Rule 5.3 of the United States District Court for the Eastern District of Michigan.

Dated: October 7, 2005               s/PATRICK J. DUGGAN
                                     United States District Court Judge
                                     Eastern District of Michigan, Southern
                                     Division